Thomas E. Schorr, Esq.
**Dilworth Paxson**, LLP
2 Research Way
Princeton, New Jersey 08540
(609) 734-6180
tschorr@dilworthlaw.com
*Attorneys for Plaintiff Navigators Specialty Insurance Company*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | : : : | CIVIL ACTION NO.: 2:21-CV-01606(MSG) |
| Plaintiff, | : : | |
| v. | : : | |
| BOOTHWYN PHARMACY, LLC, | : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and between plaintiff Navigators Specialty Insurance Company and defendant Boothwyn Pharmacy, LLC, that the within matter having been amicably adjusted, is hereby dismissed without prejudice and without costs to either party.

| | |
|---|---|
| DILWORTH PAXSON, LLP<br>2 Research Way<br>Princeton, New Jersey 08540<br>(609) 734-6180<br>tschorr@dilworthlaw.com<br>*Counsel for Plaintiff Navigators Specialty Insurance Company* | LABLETTA & WALTERS, LLC<br>200 Barr Harbor Drive, Suite 400<br>Conshohocken, Pennsylvania 19428<br>(610) 828-3339<br>clabletta@lablettawalters.com<br>*Counsel for Defendant Boothwyn Pharmacy, LLC* |
| By:  */s/ Thomas E. Schorr*<br>         Thomas E. Schorr | By:  */s/ Christian P. LaBletta*<br>         Christian P. LaBletta |

Dated: March 7, 2022