IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | Civil Action |
| *Plaintiff*, | No. 21-cv-1606 |
| v. | |
| BOOTHWYN PHARMACY, LLC, | |
| *Defendant*. | |

## ORDER

**AND NOW**, this 7th day of March, 2022, upon consideration of the parties' Stipulation of Dismissal Without Prejudice (ECF No. 15), it is hereby **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**